652

■ In the Matter of the Liquidation of PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK. LEFFERT HOLZ, as Superintendent of Insurance, Liquidator of Preferred Accident Insurance Company of New York, Respondent; NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Frank and Valente, JJ. [See 2 A D 2d 885.]

■ In the Matter of B. G. L. V. Co., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ. [See 2 A D 2d 972.]

■ In the Matter of B. G. L. V. Co., Appellant, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ. [See 2 A D 2d 972.]

■ In the Matter of the Arbitration between TERRY LEE SPORTSWEAR INC., Appellant, and CHARLES KREINDLER, as Financial Secretary of Blouse & Waistmakers' Union, Local 25, I. L. G. W. U., Respondent.— Motion, having become academic by virtue of the decision of this court in Matter of Terry Lee Sportswear (Kreindler) (ante, p. 649), is dismissed. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ In the Matter of NATHANIEL M. MINKOFF, as Treasurer of Joint Board of Dress and Waistmakers Union of Greater New York, Respondent, against FOXY, INCORPORATED, Also Known as SALBERT, INC., Judgment Debtor, and JOSEPH SILVER, Appellant.— Motion, having become academic by virtue of the decision of this court in Matter of Minkoff v. Foxy, Inc. (ante, p. 649) is dismissed. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ MURRAY LANDY v. I. LAWRENCE LESAVOY.— Motion, having become academic by virtue of the decision of this court in Landy v. Lesavoy (ante, p. 651), is dismissed and stay vacated. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ In the Matter of the Estate of FRED RUDOLFER, Deceased. PAULA RUDOLFER, Appellant; HUDSON SHIPPING CO., INC., Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ EDWARD HANNES v. TRAVELERS INSURANCE CO.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ EDWARD HANNES v. TRAVELERS INSURANCE CO.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ EDWARD HANNES v. TRAVELERS INSURANCE CO.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Valente and Bergan, JJ.

■ STEVE KOLADKO, Respondent, v. CARL GRABEL, Defendant and Third-Party Plaintiff-Appellant. J. KLOTZ, INC., Third-Party Defendant-Respondent.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ MICHAEL LAVELLE v. OLIVIA AYCOTH, Also Known as LIBBY DEAN, et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ In the Matter of H. & A. REALTY CORP., Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.